| | | | | |
|---:|---:|---:|---:|---|
| 335.18 | 31.03 | 44.67 | 0.00 | REG PAYMENT |
| 0.00 | 259.48 | 0.00 | 0.00 | 25938.73 |
| -335.18 | 0.00 | 0.00 | 0.00 | |
| -335.18 | 0.00 | 0.00 | 0.00 | 25938.73 |
| -335.18 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD |
| -335.18 | 0.00 | 0.00 | 0.00 | 25938.73 |
| 290.51 | 0.00 | 0.00 | 0.00 | |
| 290.51 | 0.00 | 0.00 | 0.00 | 25938.73 |
| 290.51 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD |
| 290.51 | 0.00 | 0.00 | 0.00 | 25938.73 |
| -245.84 | 0.00 | 0.00 | 0.00 | |
| -245.84 | 0.00 | 0.00 | 0.00 | 25938.73 |
| 89.34 | 31.34 | 44.67 | 0.00 | REG PAYMENT |
| -245.84 | 259.17 | 0.00 | 0.00 | 25907.39 |
| 536.35 | 31.65 | 44.67 | 0.00 | REG PAYMENT |
| 201.17 | 258.86 | 0.00 | 0.00 | 25875.74 |
| 335.18 | 31.97 | 44.67 | 0.00 | REG PAYMENT |
| 0.00 | 258.54 | 0.00 | 0.00 | 25843.77 |
| -536.35 | -31.65 | -44.67 | 0.00 | REVERSAL |
| -201.17 | -258.86 | 0.00 | 0.00 | 25875.42 |
| -335.18 | -31.97 | -44.67 | 0.00 | REVERSAL |
| 0.00 | -258.54 | 0.00 | 0.00 | 25907.39 |
| 145.00 | 0.00 | 145.00 | 0.00 | |
| 0.00 | 0.00 | 0.00 | 0.00 | 25907.39 |
| 190.64 | 0.00 | 0.00 | 0.00 | |
| 190.64 | 0.00 | 0.00 | 0.00 | 25907.39 |
| 506.28 | 31.65 | 25.13 | 0.00 | REG PAYMENT |
| 190.64 | 258.86 | 0.00 | 0.00 | 25875.74 |
| 0.00 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD |
| 0.00 | 0.00 | 0.00 | 0.00 | 25875.74 |
| 460.94 | 31.97 | 25.13 | 0.00 | REG PAYMENT |
| 0.00 | 258.54 | 0.00 | 145.30 | 25843.77 |
| -490.64 | 0.00 | 0.00 | 0.00 | |
| -490.64 | 0.00 | 0.00 | 0.00 | 25843.77 |
| -490.64 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD |
| -490.64 | 0.00 | 0.00 | 0.00 | 25843.77 |
| 300.00 | 0.00 | 0.00 | 0.00 | |
| 300.00 | 0.00 | 0.00 | 0.00 | 25843.77 |
| 300.00 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD |
| 300.00 | 0.00 | 0.00 | 0.00 | 25843.77 |
| 300.00 | 32.29 | 9.49 | 0.00 | REG PAYMENT |
| 0.00 | 258.22 | 0.00 | 0.00 | 25811.48 |
| 0.00 | 0.00 | 0.00 | 0.00 | LATE CHARGES |
| 0.00 | 0.00 | 0.00 | -14.52 | 0.00 |
| 290.51 | 0.00 | 0.00 | 0.00 | REG PAYMENT |
| 0.00 | 290.51 | 0.00 | 0.00 | 25811.48 |
| 25.13 | 0.00 | 0.00 | 25.13 | FEE POSTING |

| | | | | | |
|---|---:|---:|---:|---:|---|
| 3 | 0.00 | 0.00 | 0.00 | 0.00 | ADMIN ADJUST |
| 2 | 0.00 | 0.00 | 0.00 | -101.64 | 25811.48 |
| 3 | 1112.20 | 0.00 | 0.00 | 1112.20 | FEE BILLING |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 | 25811.48 |
| 3 | 130.00 | 0.00 | 0.00 | 130.00 | FEE BILLING |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 | 25811.48 |
| 3 | 150.00 | 0.00 | 0.00 | 150.00 | FEE BILLING |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 | 25811.48 |
| 3 | 266.00 | 0.00 | 0.00 | 266.00 | FEE BILLING |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 | 25811.48 |
| 3 | 475.00 | 0.00 | 0.00 | 475.00 | FEE BILLING |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 | 25811.48 |
| 3 | 0.00 | 0.00 | 0.00 | 0.00 | LATE CHARGES |
| 2 | 0.00 | 0.00 | 0.00 | 101.64 | 0.00 |
| 3 | 0.00 | 0.00 | 0.00 | 0.00 | ADMIN ADJUST |
| 2 | 0.00 | 0.00 | 0.00 | 101.64 | 25811.48 |
| 4 | 0.00 | 0.00 | 0.00 | 0.00 | ADMIN ADJUST |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 | 25811.48 |
| 4 | 0.00 | 0.00 | 0.00 | 0.00 | WRITEOFF F/C |
| 2 | 0.00 | 1038.27 | 0.00 | 0.00 | 25811.48 |
| 4 | 0.00 | 8352.52 | 0.00 | 0.00 | WRITEOFF F/C |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 | 17458.96 |
| 4 | 87.02 | 0.00 | 0.00 | 87.02 | FEE BILLING |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 | 17458.96 |
| 4 | 1166.00 | 0.00 | 0.00 | 1166.00 | FEE BILLING |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 | 17458.96 |
| 4 | 127.00 | 0.00 | 0.00 | 127.00 | FEE POSTING |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 | 17458.96 |