IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

GEORGE D. McCARLEY,            )
                               )
     Plaintiff,                )
                               )        CIVIL ACTION NO.
     v.                        )         3:06cv95-MHT
                               )
KENNETH H. ROBIN, Legal        )
Counsel for HSBC Finance       )
Corporation,                   )
                               )
     Defendant.                )

ORDER

For good cause shown, it is ORDERED that, pursuant to

28 U.S.C.A. § 636, this case is referred to United States

Magistrate Judge Delores R. Boyd for consideration and

disposition or recommendation on all pretrial matters as

may be appropriate.

DONE, this the 3rd day of February, 2006.


          /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE