**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF REASSIGNMENT

Re:   George D. McCarley v. Kenneth H. Robin
       Civil Action No. 3:06-cv-95-MHT

The above-styled case has been reassigned to District Judge Mark E. Fuller.

Please note that the case number is now 3:06-cv-95-MEF. This new case number should be used on all future correspondence and pleadings in this action.